### CITY OF BUFFALO v. ERIE COUNTY.

(Supreme Court, Appellate Division, Fourth Department. December 1, 1915.)

Appeal from Special Term, Erie County.

Application by the City of Buffalo for mandamus against the County of Erie to compel the certification of taxes to the City. From an order (88 Misc. Rep. 591, 151 N. Y. Supp. 409) that the writ issue, the defendant appeals. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MERRELL, JJ.

PER CURIAM. Judgment affirmed, with costs. See opinion by Lambert, J., in case of People ex rel. City of Tonawanda v. James W. Fitzhenry et al., Supervisors, etc., 156 N. Y. Supp. 70, handed down this day.